**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet **06-167 L**

Plaintiff(s) or Petitioner(s) Otay International LLC, Otay Mesa Property L.P., Rancho Vista Del Mar

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Roger J. Marzulla

Firm Name: Marzulla & Marzulla

Post Office Box: n/a

Street Address: 1350 Connecticut Ave. NW Ste. 410

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: 202-822-6760; 202-822-6774 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 5 1 2
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0 ☐ ☐
See attached sheet for three-digit codes.

Amount Claimed: $ To be determined
Use estimate if specific amount is not pleaded.

Bid Protest: $ N/a
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/a

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

# LIST OF PLAINTIFFS

1. Otay International LLC
2. Otay Mesa Property L.P.
3. Rancho Vista Del Mar