**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| **UNITED STATES,** | ) | |
| | ) | **Hon. Lawrence M. Baskir** |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Susan V. Cook as attorney for the United States. Service of all papers by U.S. Mail, whether regular mail or Express (U.S.) Mail, should be addressed:

Susan V. Cook
Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663,
Washington, D.C. 20044-0663
Telephone: 202-305-0470
Facsimile: 202-305-0506
Email: susan.cook@usdoj.gov

Express deliveries by private companies should be addressed:

Susan V. Cook
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
601 D St., N. W., Rm. 3112
Washington, D.C. 20004
(202-305-0470)

Dated: March 30, 2006.

Respectfully submitted,

s/ Susan V. Cook
SUSAN V. COOK

332859.1