**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | **Hon. Lawrence M. Baskir** |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSE TO COMPLAINT**

Defendant UNITED STATES hereby moves for an enlargement of time of sixty (60) days, or to and including July 3, 2006, for the filing of the United States' response to Plaintiff's complaint.

At present, Defendant's response to the complaint is due May 2, 2006.

No previous enlargements of time of this deadline have been requested.

Defendant respectfully requests an enlargement of time of 60 days. Additional time is necessary in order to permit the client agency, the Department of Homeland Security, to complete its litigation report in this

matter. In addition, additional time is necessary in order to allow counsel for Defendant sufficient time to thoroughly review and analyze the litigation report, and prepare its answer or other response to the Complaint. Finally, counsel for Plaintiff and Defendant intend to use some of this additional time to discuss in detail whether all or part of the issues in this case are amenable to Alternative Dispute Resolution.

Counsel for Defendant has contacted counsel for Plaintiff who has no objection to the granting of this enlargement of time.

Dated: April 24, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044
Telephone (202) 305-0470
Fax (202) 305-0506
Email: susan.cook@usdoj.gov

335139.1