**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | **Hon. Lawrence M. Baskir** |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO COMPLAINT**

Defendant UNITED STATES hereby moves for an enlargement of time of thirty (30) days, or to and including August 2, 2006, for the filing of the United States' response to Plaintiffs' complaint.

At present, Defendant's response to the complaint is due July 4, 2006.

One previous enlargement of time of this deadline has been requested and granted.

Defendant respectfully requests an enlargement of time of an additional 30 days. Additional time is necessary in order to permit the client agency, the Department of Homeland Security, to complete its

litigation report in this matter. In addition, additional time is necessary in order to allow counsel for Defendant sufficient time to thoroughly review and analyze the litigation report, and prepare its answer or other response to the Complaint.

Counsel for Defendant has contacted counsel for Plaintiffs who has no objection to the granting of this enlargement of time.

Dated: July 5, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044
Telephone (202) 305-0470
Fax (202) 305-0506
Email: susan.cook@usdoj.gov

344289.1