# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: September 21, 2006)

***************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 2:00 p.m., on Tuesday, October 31, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge