IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OTAY MESA PROPERTY L.P., et al. | |
| Plaintiffs, | No. 06-167 L |
| v. | Hon. Lawrence M. Baskir |
| UNITED STATES, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

Pursuant to RCFC 15(a), Plaintiffs Otay Mesa Property L.P., Rancho Vista Del Mar, and Otay International LLC, move to amend their Complaint to increase the number of acres alleged to have been taken, from approximately 750 acres to approximately 1,300 acres. Pls.' Compl. para. 1. Specifically, Plaintiff Otay Mesa Property L.P. seeks to amend the complaint to increase the number of acres taken from 75 to 154.55 acres. Pls.' Compl. ¶ 1. Plaintiff Rancho Vista Del Mar seeks to increase the number of acres taken from 514 to 736.14 acres. Pls.' Compl. ¶ 2. Plaintiffs also seek to add two related entities as Plaintiffs, D & D Landholdings and International Industrial Park, Inc., both of which own land adjacent to the subject property, which has also been taken by Defendant's actions at issue in this

lawsuit. Specifically, D & D Landholdings owns 147.84 acres, and International Industrial Park, Inc. owns 96.27 acres. All of the additional land to be added to this lawsuit is immediately adjacent to the subject property.

Plaintiffs' Unopposed Motion to Amend its Complaint should be granted for three reasons. First, this case is at an early stage and discovery has just begun. The parties have not noticed any depositions, and a trial is not scheduled. Therefore, the inclusion of these additional acres and the two related entities as Plaintiffs in this lawsuit at this early point in the litigation will not in any way slow down the progress the parties have been making in preparing this case for resolution by this Court, nor in any way prejudice the Defendant. Second, this amendment is based on the same operative facts as those plead in the original Complaint and raises no new legal theories of liability or recovery. Therefore, Defendant will not be prejudiced by this amendment. Finally, the addition of approximately 550 acres of land and two additional Plaintiffs, D & D Landholdings and International Industrial Park, Inc., will not unnecessarily burden or prejudice Defendant in its preparation of the defense of this case. The additional acres of land are immediately adjacent to the subject

property, and the additional entities are owned by the same people who own the entities that are the Plaintiffs in the original Complaint.

Therefore, because the amendment is timely, is based on the same operative facts and legal theories, and ownership of the additional land and Plaintiff entities is identical to those already in this lawsuit, Plaintiffs urge this Court to grant this motion to amend the Complaint.

Accordingly, and for all of the further reasons set forth in the attached supporting memorandum, the Plaintiffs seek to amend their Complaint to change the number of acres taken from approximately 750 to approximately 1300, and to add two related entities as Plaintiffs.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: December 4, 2006

Counsel for Plaintiffs