# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: December 14, 2006)

*****************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiffs filed an unopposed Motion to Amend Complaint on December 4, 2006. The proposed amended complaint seeks to add additional parcels of land to the claims of two existing Plaintiffs, and to add two additional Plaintiffs to the action. **Plaintiffs' Motion is DENIED** and the Court hereby orders the following:

1. Plaintiffs may file an Amended Complaint in the above-captioned case seeking to add the additional parcels of land to the claims of Plaintiff Otay Mesa Property L.P. and Plaintiff Rancho Visto Del Mar. If Plaintiffs do file such an Amended Complaint, they shall label the additional parcels numerically, consistent with the exhibits attached to the original Complaint.

2. Plaintiffs indicated at the Preliminary Status Conference held on October 31, 2006, that there was some degree of common ownership of Plaintiff Otay Mesa Property L.P., Plaintiff Rancho Visto Del Mar, and Plaintiff Otay International LLC. **Plaintiffs shall file a statement, by affidavit or otherwise, laying out the relationship among the Plaintiffs no later than December 29, 2006.**

3. If they so choose, D & D Landholdings and International Industrial Park, Inc. may file separate, individual complaints with the Court of Federal Claims.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge