# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OTAY MESA PROPERTY L.P., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-167 L<br><br>Hon. Lawrence M. Baskir |

## DECLARATION OF DAVID WICK

I, David Wick, pursuant to 28 U.S.C. § 1746, hereby declare in compliance with the Court's Order of December 14, 2006:

1. I am the President of National Enterprises, Inc., a corporation organized under the laws of the State of California, with its principal place of business located at 5440 Morehouse Drive, Suite 4000, San Diego, California 92121.

2. National Enterprises, Inc. is an affiliated entity of Otay Mesa Property L.P., Rancho Vista Del Mar, and Otay International LLC, the Plaintiffs in this case.

3. Plaintiff, Otay Mesa Property L.P., is a limited partnership organized under the laws of the State of California, and was formed on April 25, 2001. Its address and principal place of business is 5440

Morehouse Drive, Suite 4000, San Diego, California 92121. Otay Mesa Property L.P. is in the business of real estate development and investment. Its current partners are NEI Real Estate, LLC and SD Commercial, LLC. NEI Real Estate, LLC is a California corporation and is owned 99% by National Enterprises, Inc. and 1% by SD Commercial, LLC. SD Commercial, LLC is a California corporation and is owned 99% by National Enterprises, Inc. and 1% by Int Ent, Inc., also a California corporation. I own 100% of the shares of both National Enterprises, Inc. and Int Ent, Inc., in three irrevocable trusts.

4. Plaintiff, Rancho Vista Del Mar, is a corporation organized under the laws of the State of California, and was formed on December 31, 1981. Its address and principal place of business is 5440 Morehouse Drive, Suite 4000, San Diego, California 92121. Rancho Vista Del Mar is in the business of real estate development and investment. Its current shareholders are Bertha Guerra De La Fuente and J.A.W. Van De Boom Behwer, B.V. Roque De La Fuente II is its President; Jose Luis Andreu is its Secretary and Treasurer.

5. Plaintiff, Otay International LLC, is a limited liability corporation organized under the laws of the State of Nevada, and was formed on May 13, 1996 as North Carolina Investments No. 1

LLC. On March 22, 2002, its Articles of Organization were amended to change its name to Christmas Mountain LLC. On October 30, 2003, its Articles of Organization were amended to change its name to Otay International LLC. Its address and principal place of business is 5440 Morehouse Drive, Suite 4000, San Diego, California 92121. Otay International LLC is in the business of real estate development and investment. Otay International LLC is wholly owned by American International Enterprises, Inc., a California corporation whose shares are wholly owned by Roque De La Fuente II.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on December 22, 2006

David Wick