**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| | ) | |
| **UNITED STATES,** | ) | **Hon. Lawrence M. Baskir** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO AMENDED COMPLAINT**

Defendant, the UNITED STATES, hereby moves for an enlargement of time of three (3) days, to and including January 12, 2007, for the filing of its response to Plaintiffs' amended complaint.

At present, Defendant's response to the complaint is due January 9, 2007.

This is the first request for an enlargement of time to respond to Plaintiffs' amended complaint.

Defendant respectfully requests an enlargement of time of an additional three (3) days. The additional time is necessary to allow counsel for Defendant sufficient time to thoroughly review and analyze the

amended complaint, applicable case law and the facts of the case, and to prepare a full, complete and accurate answer or other response to Plaintiffs' amended complaint.

Counsel for Defendant has contacted counsel for Plaintiffs who has no objection to the granting of this enlargement of time.

Dated: January 9, 2007.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044
Telephone (202) 305-0470
Fax (202) 305-0506
Email: susan.cook@usdoj.gov

370275.1
1/9/07