**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 06-167 L** |
| **v.** | ) | **Hon. Lawrence M. Baskir** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**UNCONTESTED MOTION FOR ENTRY OF**
**PROVISIONAL PROTECTIVE ORDER**

Defendant, the United States, hereby respectfully requests this Court to grant its Uncontested Motion for Entry of Provisional Protective Order.

The parties are presently engaged in the process of exchanging documents, testimony and tangible items for purposes of discovery. Some of these materials contain confidential and sensitive law enforcement information and information related to law enforcement personnel, including personnel records.

To maintain the integrity of this information and the mission of the United States Border Patrol, and to ensure the safety of the Border Patrol agents, it is imperative that such documents, testimony and tangible items not be disclosed, except to those who need access to the materials to

prosecute or defend this case.

The proposed Provisional Protective Order is based in large part on the template found on the Court's website. For the Court's convenience, Defendant has attached hereto a redlined version of the proposed Order that compares it with and identifies the changes made to that template.

Defendant has consulted with Plaintiffs regarding the proposed Provisional Protective Order, and Plaintiffs do not contest the entry of the same.

Accordingly, Defendant hereby respectfully moves the Court to enter the proposed Provisional Protective Order submitted herewith.

Dated: February 7, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Environment and Natural Resources Division

/s/ Susan V. Cook
SUSAN V. COOK
Senior Trial Attorney
E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC 20044-0663

Phone: 202.305.0470
Fax: 202.305.0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
Melissa Erny
A. Ted Kundrat
U.S. Customs and Border Protection
Indianapolis, Indiana 46278

381138.2