# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: February 16, 2007)

****************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The parties' **Joint Motion to Amend Discovery Schedule** filed February 9, 2007, is hereby **GRANTED** as follows:

- Exchange discovery responses and produce documents with respect to parcels 5-9 of the subject property (the parcels added by the filing of the Amended Complaint) by February 16, 2007;
- Depose fact witnesses as to liability issues by March 30, 2007;
- **Current liability discovery shall be completed by March 30, 2007**;
- **The parties are hereby ordered to file a Joint Status Report updating the Court on the status of discovery and proposing further proceedings no later than April 6, 2007.** This Joint Status Report should inform the Court what dispositive motions the parties intend to file and propose a briefing schedule for such motions.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge