**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 06-167 L** |
| **v.** | ) | **Hon. Lawrence M. Baskir** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>JOINT STATUS REPORT</u>**

Plaintiffs and Defendant hereby file this Joint Status Report in response to the Court's Order of February 16, 2007.

The parties have completed their exchange of discovery responses and responsive documents; those exchanges are being supplemented as appropriate.

The parties have also completed the deposition of fact witnesses as to liability issues. Depositions were held in San Diego, CA, on February 20-22 and March 26-29, 2007. Plaintiffs have conducted 18 depositions of Border Patrol employees, and Defendant has deposed two representatives of Plaintiff entities.

As the parties worked to complete discovery, it became apparent that further work to clarify Plaintiffs' title to the subject properties, and to clarify the legal descriptions of those properties, was necessary. Plaintiffs have already started that process, which involves the preparation of Preliminary Title Reports by an outside title company. Once the title reports are completed, Plaintiffs will be providing them to Defendant for review and comment. Plaintiffs and Defendant will then confer to resolve any questions or concerns, with the goal being that at the end of the process no disputed issues remain with respect to Plaintiffs' titled ownership of the subject properties. A map will then be constructed that depicts the various properties for ease of reference of the Court and the parties. The parties anticipate that they can complete this work by June 29, 2007.

Once the title work and map has been completed, Defendant intends to file a motion for summary judgment on liability. The parties would propose the following briefing schedule:

Defendant's Motion for Summary Judgment:

August 1, 2007

Plaintiffs' Opposition (1 brief, combined with Cross Motion if desired):

September 14, 2007

Defendant's Reply (1 brief combined with Opposition if cross motion was filed):

October 31, 2007

Plaintiffs' Reply (if cross motion was filed):

December 3, 2007

Since all possible contingencies cannot be anticipated at this time, the parties recognize that it may be necessary to adjust the briefing schedule in the midst of briefing as appropriate to permit a party to fully respond to the arguments presented by the opposing party.

Dated: April 6, 2007.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Attorneys for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Susan V. Cook by s/ Roger J. Marzulla

SUSAN V. COOK
Senior Trial Attorney
E. KENNETH STEGEBY
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0470
(202) 305-0506 (Fax)
Email: susan.cook@usdoj.gov

Attorneys for Defendant