UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OTAY MESA PROPERTY, L.P., et al., | ) | |
| | ) | No. 06-167 L |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Hon. Lawrence M. Baskir |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT SUPPLEMENTAL STATUS REPORT**

Plaintiffs OTAY MESA PROPERTY, L.P., et al. and Defendant UNITED STATES hereby report on the status of this matter as follows. This report is supplemental to the Joint Status Report of April 6, 2007.

The parties have completed discovery in this matter, including written discovery responses and necessary depositions.

The parties would respectfully propose to move forward with summary judgment briefing, and suggest the following schedule:

September 14, 2007- Defendant files its Motion for Summary Judgment

October 19, 2007- Plaintiffs files their Opposition to Defendant's Motion

November 16, 2007- Defendant files its Reply on its Motion

Counsel for Plaintiffs has conferred with counsel for Defendant, who has authorized counsel for Plaintiffs to file this document on behalf of both parties.

Dated: August 15, 2007.

Respectfully submitted,

/s/ Roger J. Marzulla____

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave. NW
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Attorneys for Plaintiffs