# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: August 21, 2007)

*****************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

The Court is in receipt of the parties' **Supplemental Joint Status Report** filed August 16, 2007, with a proposed Summary Judgment briefing schedule.

Parties are directed to **file a Joint Status Report** outlining the Summary Judgment issues and providing the Court with three dates in September for a telephonic Status Conference to discuss this, **no later than September 7, 2007.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge