**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| | ) | **Hon. Lawrence M. Baskir** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Defendant, the United States of America, hereby submits this Unopposed Motion for Leave to File Unopposed Motion for Enlargement of Time and Unopposed Motion for Enlargement of Time to File Joint Status Report. The government respectfully requests to extend the deadline to file the Joint Status Report to and including September 14, 2007. Counsel for the government has consulted with counsel for Plaintiffs and is authorized to state that Plaintiffs do not oppose the relief sought in this motion.

Pursuant to the Court's Order filed on August 21, 2007, the parties are scheduled to file a Joint Status Report on Friday, September 7, 2007, outlining the summary judgment issues and providing the Court with three dates in September for a telephonic status conference. Lead counsel for

the government is presently out of town working on matters related to this litigation, which Defendant believes have the potential to resolve some of the issues involved in this case. Additionally, lead counsel for the government has been out of town as the result of responsibilities as care-giver for a family member, and therefore, the parties were not able to file this motion before today due to these unusual circumstances. A brief seven-day enlargement of time is needed to allow the parties sufficient time to confer regarding the contents of the status report.

For the reasons stated above, Defendant requests an enlargement of time to and including September 14, 2007, to file the parties' Joint Status Report.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources
Division

s/ Susan V. Cook by Kelle S. Acock

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources
Division
United States Department of Justice
P.O. Box 663

Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Dated: September 5, 2007 Counsel for Defendant