**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| **UNITED STATES,** | ) | |
| | ) | **Hon. Lawrence M. Baskir** |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Defendant, United States of America, hereby submits this Unopposed Motion for Leave to File Unopposed Motion for Enlargement of Time, and Unopposed Motion for Enlargement of Time to File Joint Status Report. Defendant respectfully requests to extend the deadline to file the Joint Status Report to and including September 21, 2007.

Pursuant to the Court's Order of September 7, 2007, the parties are

scheduled to file a Joint Status Report on September 14, 2007, outlining the summary judgment issues and providing the Court with three dates for a telephonic status conference.

Lead counsel for the government experienced a death in the family on September 10, 2007. Because lead counsel for the government held the power of attorney for the decedent, and is executor of the decedent’s will, counsel’s was absent from the office on September 10 and a portion of September 11. In addition, the hours counsel will have to devote to work matters in the immediate future have been unexpectedly limited.

Because of this unexpected event, the parties were unable to file this motion before today.

Accordingly, Defendant respectfully requests a brief seven day enlargement of time in order for Plaintiffs and Defendant to complete the Joint Status Report, to and including September 21, 2007.

Counsel for Defendant has conferred with counsel for Plaintiffs, who has authorized Defendant to represent that it has no opposition to the granting of this motion.

Dated: September 12, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources
Division

______________________________

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources
Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel for Defendant