# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: September 13, 2007)

| | |
|---|---|
| OTAY MESA PROPERTY L.P., et al., | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

## ORDER

Defendant's second Unopposed Motion for Leave to File an Unopposed Motion for an Enlargement of Time and Unopposed Motion for a 7-day Enlargement of Time to File the Joint Status Report no later than September 21, 2007, is hereby **GRANTED**. The Court offers its condolences to the Defendant.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge