**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L** |
| **UNITED STATES,** | ) | |
| | ) | **Hon. Lawrence M. Baskir** |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**AND**
**THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO FILE JOINT STATUS REPORT**

Defendant, United States of America, hereby moves for leave of Court to file its Third Unopposed Motion for Enlargement of Time to File Joint Status Report. Defendant respectfully requests to extend the deadline to file the Joint Status Report to and including Tuesday, September 25, 2007.

Pursuant to the Court's Order of September 13, 2007, the parties are scheduled to file a Joint Status Report on September 21, 2007, outlining

the summary judgment issues and providing the Court with three dates for a telephonic status conference.

The parties have been working to complete the Joint Status Report and believed that the document would be filed by its due date. However, certain matters have arisen which require additional time to be completed.

Accordingly, Defendant respectfully requests a four-day enlargement of time in order for Plaintiffs and Defendant to complete the Joint Status Report, to and including Tuesday, September 25, 2007.

Counsel for Defendant has conferred with counsel for Plaintiffs, who has authorized Defendant to represent that it does not oppose the granting of this motion.

Dated: September 20, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources
Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources
Division

United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel for Defendant

413633.1