# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: September 21, 2007)

****************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Defendant's third Unopposed Motion for Leave to File an Unopposed Motion for an Enlargement of Time and Unopposed Motion for a 4-day Enlargement of Time (filed September 20, 2007) to File the Joint Status Report no later than September 25, 2007, is hereby **GRANTED**.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge