
Kuebler's Ranch
1425 Scope Site
Windmill Canyon
Bureau of Land Management
11
8
7
9
2-1 Water Tank
1456 Scope Site
SDC Zone 18
ALTA
Murphy's Bowl
6
2
OTAY MESA
Old & New
Alta Grove
10
25 Saddle
4
644 Trap
Goldmine Draw
3
5
Well Draw
SDC Zone 17
Johnny Wolf's Draw
1
3 Cross Draw
Tin Can
670 Hump
0
0.1
0.2
0.4
0.6
0.8
Miles