# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: September 27, 2007)

| | |
|---|---|
| ************************************************************ | |
| OTAY MESA PROPERTY L.P., et al., | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |
| ************************************************************ | |

**ORDER**

This Order confirms the **telephonic Status Conference on the record scheduled for 10:00 a.m., on Monday, October 22, 2007. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge