# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: October 23, 2007)

******************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
******************************************************

## ORDER

On October 22, 2007, the parties appeared before the Court for a telephonic Status Conference. The purpose of the Status Conference was to inform the Court of the issues that will be presented in the dispositive motions to be filed by the Defendant.

During the Status Conference, the parties agreed to delay briefing pending the outcome of an appeal from the Federal Circuit's decision in *John R. Sand & Gravel Company v. United States*, 457 F.3d 1345 (Fed. Cir. 2006), which is currently before the United States Supreme Court. The Supreme Court has granted certiorari in *John R. Sand & Gravel* to decide whether the statute of limitations in the Tucker Act, 28 U.S.C. § 1491, limits the subject matter jurisdiction of the Court of Federal Claims. The case will be argued before the Supreme Court on November 6, 2007.

The Supreme Court's decision in *John R. Sand & Gravel* will impact the instant case because the Defendant intends to move for dismissal based on, *inter alia*, the six year statute of limitations in the Tucker Act.

**Accordingly, we hereby stay proceedings in this case until further notice of the Court.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge