# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: March 17, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| OTAY MESA PROPERTY, L.P., et al., | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

This case has been stayed by order of the Court since October 23, 2007. The parties agreed to delay briefing pending the outcome of a petition for certiorari to the United States Supreme Court by the plaintiff in *John R. Sand & Gravel Company v. United States*, 457 F.3d 1345 (Fed. Cir. 2006). The Supreme Court decided the case on January 8, 2008, and held that the special six-year statute of limitations governing the Court of Federal Claims is jurisdictional. *John R. Sand & Gravel Co. v. United States*, 128 S. Ct. 750, 752 (2008).

**The October 23, 2007 Stay is hereby LIFTED. The parties shall file a Joint Status Report no later than April 17, 2008, indicating how they wish to proceed with this matter.** If appropriate, the Joint Status Report should set forth a briefing schedule for any dispositive motions that are to be filed.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge