# In the United States Court of Federal Claims

Case No. 06-167L
(Filed: April 18, 2008)

****************************************************
OTAY MESA PROPERTY L.P., et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Plaintiffs' Motion for Leave to File Unopposed Motion for an Enlargement of Time to File Joint Status Report and Unopposed Motion for a 7-day Enlargement of Time to File Joint Status Report are hereby **GRANTED**. The **Joint Status Report** shall be filed no later than **April 24, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge