IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OTAY MESA PROPERTY L.P., et al., | ) | |
| Plaintiffs, | ) | No. 06-167L |
| v. | ) | Hon. Lawrence M. Baskir |
| | ) | *(electronically filed 5-2-08)* |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONSOLIDATE FOR TRIAL**

Under RCFC 40.1(b) and 42, Plaintiffs Otay Mesa Property L.P., Rancho Vista Del Mar, and Otay International, Inc., and Defendant, United States, jointly move this Court to consolidate these cases with *International Industrial Park, Inc. v. United States*, No. 06-876, for trial of liability issues. As discussed in the accompanying memorandum in support, this motion should be granted because these cases and *International Park* involve common issues of law and fact, and consolidation will avoid unnecessary costs and delay, while promoting docket efficiency and the efficient administration of justice.

In addition, the parties have also requested that *D&D Landholders v. United States,* No. 06-877, currently pending before the Honorable Margaret Sweeney, be consolidated before Judge

Wheeler for purposes of a liability determination. Counsel for Plaintiffs has conferred with counsel for Defendant, who has agreed that this motion may be submitted on behalf of both parties.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760 (telephone)
(202) 822-6774 (facsimile)

Counsel for Plaintiffs

Submitted: May 2, 2008