# In the United States Court of Federal Claims

Case No. 06-167L (Consolidated)
(Filed: May 6, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| OTAY MESA PROPERTY, L.P., et al., | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

On May 2, 2008, Plaintiffs Otay Mesa Property, L.P., Rancho Vista Del Mar, and Otay International, Inc., moved jointly with the Government to have these cases consolidated with *International Industrial Park, Inc. v. United States*, No. 06-876, which is before Judge Thomas C. Wheeler. The Court finds that transferring these cases to Judge Wheeler will promote docket efficiency and will assist in the efficient administration of justice. *See* Rules of the U.S. Court of Federal Claims (RCFC) 40.1(b) ("To promote docket efficiency, to conform to the requirements of any case management plan, or for the efficient administration of justice, a case may be transferred by order of the assigned judge to another judge upon the agreement of both judges."). Judge Wheeler concurs in this transfer.

**The Court therefore ORDERS the Clerk of the Court to TRANSFER case numbers 06-167L, 06-1670L and 06-1671L to Judge Wheeler.**

**IT IS SO ORDERED.**

**s/ Lawrence M. Baskir**
**LAWRENCE M. BASKIR**
**Judge**