# In the United States Court of Federal Claims

No. 06-167L
No. 06-876L

(Filed: May 16, 2008)

```
********************************************* *
                                              *
OTAY MESA, L.P. et al.,                       *
                                              *
INTERNATIONAL INDUSTRIAL PARK, INC.,          *
                                              *
                    Plaintiffs,               *
                                              *
 v.                                           *
                                              *
THE UNITED STATES,                            *
                                              *
                    Defendant.                *
                                              *
********************************************* *
```

**PRETRIAL ORDER**

On May 6, 2008 the Court granted the parties' motion to consolidate the above-captioned case with the consolidated case Otay Mesa L.P. et al. v. United States, No. 06-167L. Accordingly, on May 16, 2008, the Court held a status conference with counsel for the parties to establish a schedule for trial in these consolidated cases and for certain pretrial procedures. With the assistance of the parties' joint status report, filed on May 14, 2008, the Court established the following schedule:

1. Trial shall begin on October 21, 2008 at 9:30 AM in San Diego, California. The Court will allot eight days, through Thursday, October 30, 2008, for this trial. The Court will provide information regarding the location of the courthouse in San Diego at a future date. The Court will endeavor to arrange access to the courtroom in advance of trial. The trial will encompass only issues of liability pending in this action. The issue of damages will be deferred until after liability has been determined.

2. Counsel for Plaintiffs shall file with the Court and submit to counsel for Defendant their initial disclosure of witnesses on or before June 2, 2008.

3. Counsel for Defendant shall file with the Court and submit to counsel for Plaintiffs its initial disclosure of witnesses on or before June 16, 2008.

4. All remaining discovery shall be completed by July 15, 2008.

5. Counsel for the parties shall exchange experts reports on or before June 16, 2008, and all expert witness depositions (if any) shall be completed by July 15, 2008.

6. On a mutually convenient date on or before July 23, 2008, counsel for the parties shall exchange exhibits and engage in good-faith efforts to agree upon stipulations of fact. Draft sets of proposed stipulations should be exchanged at least 48 hours in advance of this conference to facilitate counsel's discussion. Agreement to proposed stipulations should not be unreasonably withheld. Counsel may also discuss any other matter that will facilitate remaining pretrial procedures or the trial.

7. On or before August 20, 2008, Plaintiffs' counsel shall file with the Court the following information:

   a. Stipulations of all uncontested material facts, in the format of numbered paragraphs, signed by counsel of record for both parties.

   b. A separate statement of the contested factual issues to be addressed at trial, and as to each issue, the contentions of fact that counsel for Plaintiffs expect to prove at trial.

   c. A statement of the proposed conclusions of law that counsel believes will be established, along with the citation to the lead case(s) counsel relies upon.

   d. A final list of the persons counsel expects to call as witnesses at trial, including each person's full name and address. Counsel shall indicate for each witness whether the witness is certain to testify at trial, or whether the witness "may" testify at trial. The list should also include a brief description of the subject matter of the person's testimony and the expected length of the direct examination. Except for rebuttal witnesses, any person not included on the witness list will not be permitted to testify at trial.

   e. A final list of exhibits counsel expects to offer into evidence at trial. To the extent feasible, exhibits shall be numbered in chronological order, with the earliest dated exhibit first. Expert witness exhibits and summaries shall be listed last. Concurrently, counsel shall provide to Defendant's counsel a copy of the listed exhibits. Except for cross-examination or rebuttal exhibits, any exhibit not included on the exhibit list provided to the Court will not be admitted at trial.

8. On or before September 19, 2008, Defendant's counsel shall file with the Court:

   a. A separate statement of the contested factual issues to be addressed at trial, and as to each issue, the contentions of fact that counsel for Defendant expects to prove at trial.

   b. A statement of the proposed conclusions of law that counsel believes will be established, along with the citation to the lead case(s) counsel relies upon.

   c. A final list of the persons counsel expects to call as witnesses at trial, in compliance with the requirements and subject to the restrictions set forth in paragraph 7(d) above.

   d. A final list of exhibits counsel expects to offer into evidence at trial. Defendant also shall attempt to number its exhibits in chronological order, with the earliest dated exhibit first, and with expert witness exhibits and summaries listed last. Defendant shall avoid duplicating any exhibit listed by Plaintiffs. Concurrently, counsel shall provide to Plaintiffs' counsel a copy of the listed exhibits. The limitations on admissibility set forth in paragraph 7(e) above shall apply equally to Defendant.

9. All pretrial motions, if any, shall be filed with the Court on or before September 26, 2008.

10. Any responses to pretrial motions shall be filed with the Court on or before October 10, 2008.

11. The Court will hold a pretrial conference (telephonic) on the record on Tuesday, October 14, 2008, at 10:00 AM.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge