IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OTAY MESA, L.P., RANCHO VISTA DEL MAR, OTAY INTERNATIONAL LLC,<br><br>INTERNATIONAL INDUSTRIAL PARK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-167 L<br>No. 06-876 L<br>Hon. Thomas C. Wheeler |

**PLAINTIFFS' INITIAL WITNESS LIST**

Under this Court's May 16, 2008 order, Plaintiffs provide the following list of witnesses (other than expert witnesses) who they might call at trial:

1. Mr. Roque De La Fuente
Director
American International Enterprises, Inc.
5440 Morehouse Drive
Suite 4000
San Diego, CA 92121
Tel.: 858-623-0400

Subject: Description of the property and Plaintiffs' planned uses for the subject property, and how the activities and physical occupation of the property by the United States Border Patrol on Plaintiffs' property have interfered with Plaintiffs' proposed use of the property. Mr. De La Fuente is also knowledgeable about the economic impact of the Border Patrol's physical occupation of the subject property.

2. Mr. David Wick
President
National Enterprises, Inc.
5440 Morehouse Drive
Suite 4000
San Diego, CA 92121
Tel.: 858-623-9000, ext. 700

Subject: Description of the property and Plaintiffs' planned uses for the subject property, and how the activities and physical occupation of the property by the United States Border Patrol on Plaintiffs' property have interfered with Plaintiffs' proposed use of the property. Mr. Wick is also knowledgeable about the economic impact of the Border Patrol's physical occupation of the subject property.

3. Mr. Jose Luis Andreu
President
American International Enterprises, Inc.
5440 Morehouse Drive
Suite 4000
San Diego, CA 92121
Tel.: 858-623-9000

Subject: Description of the property and Plaintiffs' planned uses for the subject property, and how the activities and physical occupation of the property by the United States Border Patrol on Plaintiffs' property has interfered with the Plaintiffs' proposed use of the property.

4. Mr. Bill James
President
Alta Consultants
4901 Morena Blvd., Suite 409
San Diego, CA 92117
(858) 581-6101

Subject: Knowledgeable about the United States Border Patrol's entry onto the subject property and interference with the owners' ability to enter onto and use the subject property, including grading and land preparation.

5. Mr. Bob Greninger
Project Manager
J. T. Kruer & Company
10251 Vista Sorrento Parkway
Suite 135
San Diego, CA 92121
Tel: 858-550-0044

Subject: Knowledgeable about the United States Border Patrol's entry onto the subject property and interference with the owners' ability to enter onto and use the subject property, including grading and land preparation.

6. Mr. Marco Tulio Montañes Rumayor
522 21st Street NW, Apt. 505
Washington, DC 20006
Tel.: 202-321-1363

Subject: Knowledgeable about the United States Border Patrol's entry onto the subject property and interference with the owners' ability to enter onto and use the subject property, including a specific incident onJuly 6, 2006.

7. Mr. Brian Bonfiglio
Vice President Blackwater West
BLACKWATER
P.O. Box 1029
Moyock, NC 27958
Tel.: 252-435-2488

Subject: Knowledgeable about how the United States Border Patrol's activities on the subject property are interfering with the owners' ability to lease or develop the property for commercial uses.

8. Mr. Robert Hixon
First Vice President
CB Richard Ellis, Inc.
600 West Broadway
Suite 2100
San Diego, CA 92101
Tel.: 619-696-8350

Subject: Knowledgeable about how the United States Border Patrol's activities on the subject property and adjacent property are interfering with the owners' ability to lease or develop the property for commercial uses.

9. Victor Novik
Senior Biologist
REC Consultants, Inc.
2442 Second Avenue
San Diego, CA 92101
(619) 232-9200

Subject: Knowledgeable about how the United States Border Patrol's activities on the subject property are interfering with the owners' ability to lease the property for commercial uses.

10. Mr. Chad Sweet
Inspector for San Diego County
727 Santa Barbara Pl.
San Diego, CA 92109
Tel.: 858-488-3460

Subject: Knowledgeable about how the United States Border Patrol's activities on the subject property are interfering with the owners' ability to grade and develop the subject property, have damaged improvements, and have impaired the owners' ability to comply with County permit requirements.

11. Mr. Brian Gilmore
Inspector for San Diego County
727 Santa Barbara Pl.
San Diego, CA 92109
Tel.: 858-488-3460

Subject: Knowledgeable about how the United States Border Patrol's activities on the subject property are interfering with the owners' ability to grade and develop the subject property, have damaged improvements, and have impaired the owners' ability to comply with County permit requirements.

Plaintiffs also reserve the right to call as witnesses any of the following government employees, who are knowledgable about the subjects discussed in their depositions in this case:

12. Mr. Brad Beales
Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

13. Mr. Ben Davis
Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

14. Ms. Peggy De Belios
Assistant Chief Counsel
United States Customs and Border Protection
2411 Boswell Road
Chula Vista, CA 91914
Tel.: 619-216-4005

15. Mr. James Dee
Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

16. Mr. Joseph Granata
Facility Maintenance Department Manager
United States Customs and Border Protection
7684 Pogo Row
Chula Vista, CA 92154
Tel.: 619-216-4005

17. Mr. Darryl E. Griffen
Chief Patrol Agent
San Diego Sector
United States Customs and Border Protection
2411 Boswell Rd.
Chula Vista, CA 91914-3519
Tel.: 619-216-4006

18. Mr. Michael Hance
Field Operations Supervisor
United States Customs and Border Protection
2411 Boswell Rd.
Chula Vista, CA 91914-3519
Tel.: 619-216-4005

19. Mr. Steven Kean
Border Patrol Agent
United States Customs and Border Protection
Address unknown
Tel.: 619-216-4005

20. Mr. Darren Kerns
Senior Border Patrol Agent
United States Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
Tel.: 619-216-4005

21. Mr. Bonifacio Lara
Supervisory Border Patrol Agent
United States Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
Tel.: 619-216-4005

22. Ms. Gilbertina Paisley
Special Operations Manager
United States Customs and Border Protection
2411 Boswell Rd.
Chula Vista, CA 91914-3519
Tel.: 619-216-4005

23. Mr. Joe Perez
Border Patrol Agent
United States Customs and Border Protection
3752 Beyer Boulevard
Chula Vista, CA 92173
Tel.: 619-216-4005

24. Mr. Jason Pontes
Senior Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

25. Mr. David Rainey
Senior Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

26. Mr. Omar Ramirez
Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

27. Mr. Alex Roozen
Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

28. Mr. Curtis Weatherred III
Border Patrol Agent
United States Customs and Border Protection
7560 Britannia Court
San Diego, CA 92154
Tel.: 619-216-4005

29. Mr. Michael Diaz
Supervisory Border Patrol Agent
United States Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
Tel.: 619-216-4005

Plaintiffs reserve the right to call as witnesses all persons to be identified in Defendant's Initial Witness List and all expert witnesses to be identified by either party

under this Court's May 16, 2008 order. Plaintiffs also reserve the right to call any appropriate rebuttal witnesses.

Respectfully submitted,

s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)
Counsel for Plaintiff

Dated: June 2, 2008