IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OTAY MESA, L.P., RANCHO VISTA DEL MAR, OTAY INTERNATIONAL LLC, | ) | |
| INTERNATIONAL INDUSTRIAL PARK, INC., | ) | |
| Plaintiff, | ) | No. 06-167 L |
| | ) | No. 06-876 L |
| v. | ) | Hon. Thomas C. Wheeler |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**INITIAL DESIGNATION OF EXPERT WITNESSES**

Pursuant to the agreement of the parties, Plaintiffs hereby designate the following expert witnesses who may testify at the trial of this matter. Expert witness reports will be supplied in compliance with the Court's order of May 16, 2008:

1. Mr. Victor Novik
Senior Biologist
REC Consultants, Inc.
2442 Second Avenue
San Diego, CA 92101
Tel: (619) 232-9200

Mr. Novik will testify regarding the creation of fairy shrimp habitat caused by the Border Patrol's use of vehicles, particularly ATV's, on the subject property.

2. Mr. Randy Tagg
Real Estate Appraiser- Broker
The Tagg Company
8321 Lemon Ave.
La Mesa, CA 91941-5287
Tel: (619) 462-4753

Mr. Tagg will testify regarding the highest and best uses for the subject properties.

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)
Counsel for Plaintiff

Dated: June 3, 2008