**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | **No. 06-167 L** |
| | **(and consolidated cases)** |
| **Plaintiffs,** | |
| | **Hon. Thomas C. Wheeler** |
| **v.** | |
| | ***Electronically Filed*** |
| **UNITED STATES,** | ***June 16, 2008*** |
| **Defendant.** | |

**Defendant's Initial Disclosure of Witnesses**

1. **Julie Abad**
Mission Support Specialist
U.S. Customs and Border Protection
San Diego Sector Office
2411 Boswell Road
Chula Vista, California 91914-3519
(619) 216-4060

Will testify concerning past and present Border Patrol staffing. She may also testify concerning any and all matters discussed during her deposition if one is taken.

2. **Brad Beales**
Patrol Agent
U.S. Customs and Border Protection
Brown Field Station
7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a temporary hut that the Border Patrol erected on one of the parcels at issue from the late 1990's until April 2004 when the hut was removed. He may also testify to any and all matters addressed in his deposition.

3. **David Brown**, Retired
Formerly U.S. Customs and Border Protection, Patrol Agent
(Current address being determined; please contact through undersigned counsel)

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a November 2006 Training Exercise. He may also testify to any and all matters addressed in his deposition.

4. **Earl Chidester**
Imagery Analyst
National Geospatial-Intelligence Agency ("NGA")
4600 Sangamore Rd
Bethesda, MD 20816
800-455-0899

Will testify as an expert to interpret aerial photographs taken of the subject properties and surrounding area. He may also testify to any and all matters discussed during his deposition if one is taken.

5. **James Dee**
Patrol Agent
U.S. Customs and Border Protection
Brown Field Station
7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning all matters related to Border Patrol operations on and near the subject properties. He may also testify to any and all matters discussed during his deposition.

6. **Michael Diaz**
Patrol Agent
U.S. Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a contact with David Wick. He may also testify to any and all matters discussed at his deposition.

7. **Michael J. Fisher**
Chief Patrol Agent

San Diego Sector Office
2411 Boswell Road
Chula Vista, CA 91914
619-216-4000

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters discussed at his deposition if one is taken.

8. **Janel Frith**
Intelligence Research Specialist
U.S. Customs and Border Protection
San Diego Sector Office
2411 Boswell Road
Chula Vista, CA 91914
619-216-4000

Will testify concerning all matters related to Border Patrol operations on and near the subject property. She also has specific knowledge the statistical data of apprehensions of illegal aliens on and in the vicinity of the subject property. She may also testify to any and all matters addressed in her deposition if one is taken.

9. **Joseph A. Granata**
Facilities Management Officer
U.S. Customs and Border Protection
7684 Pogo Row
San Diego, California 92154
(619) 690-7730

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge pertaining to the construction of, and current plans to complete, the 14-Mile San Diego Border Fence a/k/a the Border Infrastructure System or "BIS." He may also testify to any and all matters addressed in his deposition.

10. **Darryl E. Griffen**, Retired
Formerly U.S. Customs and Border Protection
(Contact through counsel for Defendant)

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition.

11. **Michael D. Hance**, Retired
Formerly U.S. Customs and Border Protection

(Contact through counsel for Defendant)
619-520-8210 (cell)

Will testify concerning all matters related to past and present Border Patrol operations on and near the subject property. Also has specific knowledge concerning the acquisition of aerial photographs for purposes of this litigation. He may also testify to any and all matters addressed in his deposition.

12. **Andy Jones**, Retired
Formerly U.S. customs and Border Protection
(Contact through counsel for Defendant)

Will testify concerning all matters related to past Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition if one is taken.

13. **Kim Jones**
U.S. Customs & Border Patrol
East Lake Office

Will testify concerning all matters related to past and present Border Patrol operations on and near the subject property. Also has specific knowledge concerning the acquisition of aerial photographs for purposes of this litigation. He may also testify to any and all matters addressed in his deposition.

14. **Steven P. Kean**
U.S. Customs and Border Protection
San Diego Sector Office
2411 Boswell Road
Chula Vista, California 91914-3519
(619) 216-4000

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition.

15. **Darren Kerns**
U.S. Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a July 2006 contact with David Wick. He may also testify to any and all matters addressed in his deposition.

16. **Gilbertina Paisley**
U.S. Customs and Border Protection
Chula Vista Station
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters discussed at his deposition.

17. **Bonifacio Lara**
U.S. Customs and Border Protection
Chula Vista Station
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a November 2006 Training Exercise. He may also testify to any and all matters discussed at his deposition.

18. **Jerry B. (Brian) Martin**
U.S. Customs & Border Protection
Washington, D.C.
202-344-2072

Will testify concerning all matters related to past and present Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition.

19. **Daniel Ochoa**
U.S. Customs and Border Protection
San Diego Sector
2411 Boswell Ave
San Diego, CA
619-216-4000

Will testify concerning matters relating to data and statistics concerning Border Patrol operations and apprehensions. He may also testify to any and all matters discussed at his deposition.

20. **Joe L. Perez**
Patrol Agent In Charge

U.S. Customs and Border Protection
Chula Vista Station
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters discussed at his deposition.

21. **Stephen D. Roach, MAI**
Jones, Roach & Caringella, Inc.
4669 Murphy Canyon Road, Suite 200
San Diego, CA 92123-4333
858-565-2400

Will testify concerning all matters related to the highest and best use of the subject properties. He may also testify to any and all matters addressed in his deposition if one is taken.

22. **Kurt Roblek**
U.S. Fish & Wildlife Service
6010 Hidden Valley Rd.
Carlsbad, CA 92011
760-431-9440

Will testify concerning all matters related to any and all species' concerns and restrictions with respect to the subject properties. He may also testify to any and all matters addressed in his deposition if one is taken.

23. **Shirley Swieter**
Supervisory Mission Support Specialist
U.S. Customs and Border Protection
San Diego Sector Office
2411 Boswell Road
Chula Vista, California 91914-3519
(619) 216-4057

Will testify concerning all matters related to Border Patrol staffing. She may also testify to any and all matters discussed at her deposition if one is taken.

24. **Curtis Weatherred III**
Border Patrol Agent
U.S. Customs and Border Protection
Brown Field Station

7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has knowledge of the seismic sensors that have been placed in the ground on some of the parcels at issue in this litigation. He may also testify to any and all matters addressed in his deposition.

Defendant reserves the right to call as witnesses all persons identified by Plaintiffs as witnesses at trial in this matter. Defendant also reserves the right to call any appropriate rebuttal witnesses.

Dated: June 16, 2008.

6

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Attorney for Defendant

472133.1