**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 06-167 L**<br>**(and consolidated cases)** |
| **UNITED STATES,** | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ***(Electronically Filed June 18, 2008)*** |

**JOINT MOTION TO AMEND PRETRIAL ORDER**

Plaintiffs OTAY MESA PROPERTY, L.P., et al, and Defendant UNITED STATES, hereby jointly move to amend this Court's Pretrial Order entered May 16, 2008, in order to extend the dates for the exchange of expert reports and for the close of discovery.

Pursuant to the Court's order, the parties were to exchange expert reports on or before June 16, 2008. When the parties initially proposed this date to the Court, both parties were uncertain as to whether expert witnesses would be utilized in the upcoming liability trial, and if so, what the nature of those experts might be. Now that the parties have determined that experts are needed, they believe that additional time is necessary for the completion of expert reports. Accordingly, the parties respectfully propose to the Court that the Court's Pretrial Order be amended to provide the following:

Plaintiffs' expert reports shall be produced to Defendant by June 30, 2008; and

Defendant's expert reports shall be produced to Plaintiffs by July 10, 2008.

In addition, pursuant to the Court's order, all discovery was to be completed by July 15, 2008. However, now that the parties have exchanged witness disclosures, it has become clear that additional time will be necessary in order to complete depositions within the time available on counsels' calendars. Accordingly, the parties now respectfully propose that the deadline for the completion of discovery be extended to July 31, 2008.

The parties do not believe that the enlargement of the above deadlines will affect any of the other deadlines established by the Court in its order of May 16, 2008.

Counsel for Plaintiffs has conferred with counsel for Defendant, and the parties have agreed that this Motion may be submitted by Defendant on behalf of both parties.

June 18, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel for Defendant

412355.1