# In the United States Court of Federal Claims

No. 06-167L (and consolidated cases)

(Filed: June 19, 2008)

| | |
|---|---|
| ******************************************** | * |
| | * |
| OTAY MESA, L.P. et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ******************************************** | * |

**AMENDED PRETRIAL ORDER**

On June 18, 2008, counsel for the parties filed a joint motion to amend the Court's May 16, 2008 Pretrial Order. For good cause shown, the parties' motion is granted. Accordingly, the pretrial schedule is amended as follows:

1. Counsel for Plaintiffs shall submit to counsel for Defendant their expert reports on or before June 30, 2008;

2. Counsel for Defendant shall submit to counsel for Plaintiffs its experts reports on or before July 10, 2008; and

3. All remaining discovery shall be completed by July 31, 2008.

All other provisions of the Court's May 16, 2008 Pretrial Order remain in effect.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge