# In the United States Court of Federal Claims

No. 06-167L (and consolidated cases)

(Filed: July 15, 2008)

```
****************************************  *
                                          *
OTAY MESA, L.P. et al.,                   *
                                          *
                    Plaintiffs,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

**SECOND AMENDED PRETRIAL ORDER**

On July 10, 2008, counsel for Defendant filed a motion to amend the Court's May 16, 2008 Pretrial Order to extend the date for the production of Defendant's expert photo analyst report and expert appraisal report, by three business days. For good cause shown, Defendant's motion is granted. Accordingly, Defendant's expert photo analyst report and expert appraisal report shall now be submitted to counsel for Plaintiffs on or before July 15, 2008. All remaining provisions of the Court's May 16, 2008 Pretrial Order remain in effect.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge