**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 06-167 L (and consolidated cases))** |
| **UNITED STATES,** | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ***(Electronically Filed July 15, 2008)*** |

**SECOND MOTION BY THE UNITED STATES TO AMEND PRETRIAL ORDER**

Defendant, the UNITED STATES, hereby moves this Court, for good cause shown, to amend its Pretrial Order entered May 16, 2008, (as amended on June 19, 2008, and on July 15, 2008) to extend the date for the production of the expert photo analyst report from July 15 until July 17, 2008. This motion is Defendant's second such motion. However, the requested extension will not otherwise affect the discovery schedule.

Pursuant to the Court's May 16, 2008 order, the parties were to exchange expert reports on or before June 16, 2008, but, on June 18, 2008, the parties submitted a joint motion to extend the date for the production of expert witness reports. Accordingly, the Court amended its Pretrial Order on June 19, 2008 and it further amended the Order on July 15, 2008 pursuant to a motion by the government. At present, the due date for the production of the government's expert photo analyst report is July 15, 2008.

Defendant has been diligently working to produce its expert photo analyst report based on the current schedule. However, while working with its expert analyst from the National

Geospatial-Intelligence Agency, Defendant became aware of certain miscommunications regarding necessary and unexpected issues that need to be addressed by its expert. As a result, the government now seeks a short extension of two business days, until Thursday, July 17, 2008, to produce the photo analyst expert report.

Counsel for Defendant conferred with counsel for Plaintiff via email on July 15, 2008 regarding its need for an additional two days to file the expert report, and Plaintiff said it objects. Defendant nevertheless requests that the Court grant it an extension of two days. Plaintiff will not be prejudiced by such an extension.

Wherefore, the United States respectfully requests that the Court's Pretrial Order be amended to provide that the government's photo analyst expert report shall be produced to Plaintiffs by July 17, 2008.

The enlargement of the above deadlines will not affect any of the other deadlines established by the Court in its order of May 16, 2008 (as modified).

Respectfully submitted this 15th day of July, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

s/Susan V. Cook signed by /s E. Kenneth Stegeby
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel of Record for Defendant