**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 06-167 L (and consolidated cases))** |
| **UNITED STATES,** | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ***(Electronically Filed July 16, 2008)*** |

**MOTION BY THE UNITED STATES**
**FILE AMENDED WITNESS LIST**

Defendant, the UNITED STATES, hereby moves this Court, for good cause shown, to file its Amended Initial Disclosure of Witnesses. Defendant's Initial Witness Disclosure was filed June 16, 2008. Since the filing of that document, scheduling difficulties and other witness issues have made it necessary for Defendant to substitute different agency employees for the ones previously scheduled to testify. Neither of these witnesses have yet been deposed, nor have they previously provided any work product in this case. Thus, Plaintiffs will suffer no prejudice by the substitution of different agency employees for the ones originally identified.

The granting of this motion will not otherwise affect the discovery schedule in this case.

Pursuant to the Court's May 16, 2008 pretrial scheduling order, Plaintiffs were to file their initial witness disclosures on June 2, 2008; Plaintiffs' Initial Witness Disclosures were filed on June 2 (fact witnesses) and June 3 (expert witnesses). Also pursuant to the Court's order, Defendant was to file, and did file, its Initial Disclosure of Witnesses on June 16, 2008.

Since that time, schedule changes on the part of the witnesses and other matters have

made it necessary for Defendant to amend its Initial Witness Disclosure in order to change agency representatives with respect to two government agencies that were to present testimony on behalf of Defendant. First, with respect to the National Geospatial-Intelligence Agency, a change in the schedule of the initially disclosed witness, Mr. Chidester, requires that another agency employee be designated to testify in his place: Mr. Riccio. Second, with respect to the Fish & Wildlife Service, after conferring with the agency, it was determined that the employee with more specific knowledge concerning the matters at issue, Ms. Wynn, be substituted for the initially designated Mr. Roblek. Neither witness has yet been deposed. Only Mr. Riccio will be producing a report in advance of his deposition; that report is scheduled to be produced to Plaintiffs on July 17. Accordingly, Plaintiffs will suffer no prejudice by virtue of the change in the identity of these previously disclosed agency representatives.

Counsel for Defendant has conferred with counsel for Plaintiffs, who advise that they oppose this motion.

Defendant has also deleted four witnesses from its previous disclosure that it no longer intends to call; Defendant assumes Plaintiffs have no objection to that part of this motion.

Wherefore, the United States respectfully requests that Defendant be allowed to file its Amended Initial Disclosure of Witnesses on this day, July 16, 2008.

Respectfully submitted this 16th day of July, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook signed by /s E. Kenneth Stegeby
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663

Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel of Record for Defendant