**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 06-167 L**<br>**(and consolidated cases)** |
| **UNITED STATES,** | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ***(Electronically Filed July 21, 2008)*** |

## JOINT MOTION TO AMEND PRETRIAL SCHEDULE

Plaintiffs OTAY MESA PROPERTY, L.P., et al, and Defendant UNITED STATES, hereby jointly move to amend this Court's Pretrial Order entered May 16, 2008 (Doc. 50), in order to extend the dates for the meeting of counsel and certain subsequent pretrial filings. The pretrial and trial dates would not be affected by this motion.

Pursuant to the Court's order, the parties were to have their meeting of counsel, including the exchange of proposed factual stipulations and exhibit lists, on or before July 23, 2008 (Para. 6.) Earlier, the parties moved to extend the close of discovery (Dec. 55) in order to permit the completion of depositions. The earlier motion was granted by the Court on June 19, 2008 (Doc. 56), and the period for discovery now does not close until July 31, 2008. At that time counsel neglected to also extend the time at which the meeting of counsel would be held. Both counsel believe it would be more useful to conduct the meeting of counsel following the close of discovery.

Accordingly, the parties respectfully jointly move that the Court amend its Pretrial Order

to provide as follows:

a. That the meeting of counsel to be held July 23, 2008 (Para. 6 of May 16, 2000 Order), be extended to and included August 14, 2008;

b. That Plaintiffs' pretrial filing, currently due August 20, 2008 (Para 7 of May 16, 2000 Order), be extended to and including August 29, 2008;

c. That Defendant's pretrial filing, currently due September 19, 2008 (Para. 8 of May 16, 2000 Order), be extended to and including September 23, 2008;

d. That the date on which all pretrial motions shall be due, currently September 26, 2008 (Para. 9 of the May 16, 2000 Order), be extended to and including September 30, 2008.

This motion is not intended to impact the dates on which responses to the pretrial motions are due, the pretrial conference, or the trial.

Counsel for Plaintiffs has conferred with counsel for Defendant, and the parties have agreed that this Motion may be submitted by Defendant on behalf of both parties.

July 21, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470

Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel for Defendant

483125.1