**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 06-167 L** |
| **v.** | ) | **(and consolidated cases)** |
| **UNITED STATES,** | ) | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ) | ***(Electronically Filed July 29, 2008)*** |

**UNOPPOSED MOTION BY THE UNITED STATES**
**FILE SECOND AMENDED WITNESS LIST**

Defendant, the UNITED STATES, hereby moves this Court, for good cause shown, to file its Second Amended Initial Disclosure of Witnesses. Defendant's Initial (Pretrial) Witness Disclosure was filed June 16, 2008. Defendant's Amended Initial Witness Disclosure was filed July 16, 2008. Defendant now proposes the filing of a Second Amended Initial Witness Disclosure to add a newly discovered witness. Plaintiffs do not object to the granting of this motion, and the granting of this motion will not otherwise affect the discovery schedule in this case.

During the week of July 21, 2008, Defendant learned of the identity of a witness with relevant knowledge that was not previously known. This witness, Otis Harper, has knowledge concerning grading of roads on the parcels of property at issue in this litigation.

Counsel for Defendant has conferred with counsel for Plaintiffs, who advise that they have no objection to the granting of this motion.

Wherefore, the United States respectfully requests that Defendant be allowed to file its Second Amended Initial Disclosure of Witnesses dated July 29, 2008.

Dated: July 29, 2008.

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

*s/ Susan V. Cook, by E. Kenneth Stegeby*
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel of Record for Defendant