**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 06-167 L**<br>**(and consolidated cases)** |
| **UNITED STATES,** | ) | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ) | ***(Electronically Filed July 31, 2008)*** |

**MOTION BY THE UNITED STATES**
**<u>FILE THIRD AMENDED WITNESS LIST</u>**

Defendant, the UNITED STATES, hereby moves this Court, for good cause shown, to file its Third Amended Initial Disclosure of Witnesses. Defendant's Initial (Pretrial) Witness Disclosure was filed June 16, 2008. Defendant's Amended Initial Witness Disclosure was filed July 16, 2008. On July 29, 2008, Defendant filed a Second Amended Initial Witness Disclosure to add a newly discovered witness. Plaintiffs did not object and the motion was granted on July 30, 2008.

On July 29, 2008, counsel for Defendant was able to speak by telephone to Mr. Kevin Barnes, a former Border Patrol agent. He is now employed by the Air Marshall's Service and is based in Dallas, Texas. While employed by the Border patrol, Mr. Barnes authorized agents working under his supervision to set up a tent on the Plaintiff's land for shelter. He is expected to testify about the location of the tent and its purpose and when the tent was first set up.

Mr. Barnes was previously identified by the Plaintiffs as an individual they wanted to depose. Plaintiffs did not proceed to notice or take his deposition, whether by oversight, or because Mr. Barnes was no longer employed by the Border Patrol and thus not readily available.

When Plaintiffs were deposing a large number of Border Patrol Agents in the San Diego area, Mr. Barnes had already moved to Dallas, Texas.

Adding Mr. Barnes at this time will not effect the trial date, nor impose an undue burden on the Plaintiffs. Two day ago, another witness, Otis Harper was added to the government's witness list without objection by Plaintiffs. As with Mr. Harper, the government will not object to scheduling Mr. Barnes' deposition after the close of discovery, assuming the Plaintiffs want to depose Mr. Harper and Mr. Barnes.[1/] Counsel for the government will facilitate the depositions of Mr. Harper and Mr. Brown, if requested.

On July 30, 2008, counsel for Defendant conferred with counsel for Plaintiffs, by telephone and e-mail, providing Plaintiffs with the identity of Mr. Barnes, the subject matter of his testimony and defendant's intention to file this motion. On July 31, counsel for plaintiffs advised that they object to this motion.

//

//

//

[1/] Discovery closes July 31, 2008.

Wherefore, the United States respectfully requests that Defendant be allowed to file its Third Amended Initial Disclosure of Witnesses (attached) dated July 31, 2008.

Dated: July 31, 2008.

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

*s/ Susan V. Cook, by Lary Cook Larson*
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Counsel of Record for Defendant