**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | **No. 06-167 L** |
| | **(and consolidated cases)** |
| **Plaintiffs,** | |
| | **Hon. Thomas C. Wheeler** |
| **v.** | |
| | ***Electronically Filed*** |
| **UNITED STATES,** | ***July 31, 2008*** |
| **Defendant.** | |

**DEFENDANT'S THIRD AMENDED**
**INITIAL DISCLOSURE OF WITNESSES**

1. **Brad Beales**
Patrol Agent
U.S. Customs and Border Protection
Brown Field Station
7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a temporary hut that the Border Patrol erected on one of the parcels at issue from the late 1990's until April 2004 when the hut was removed. He may also testify to any and all matters addressed in his deposition.

2. **David Brown**, Retired
Formerly U.S. Customs and Border Protection, Patrol Agent
(Current address being determined; please contact through undersigned counsel)

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a November 2006 Training Exercise. He may also testify to any and all matters addressed in his deposition.

3. **Mark Riccio**
Imagery Analyst

National Geospatial-Intelligence Agency ("NGA")
4600 Sangamore Rd
Bethesda, MD 20816

Will testify as an expert to interpret aerial photographs taken of the subject properties and surrounding area. He may also testify to any and all matters discussed during his deposition if one is taken.

4. **James Dee**
Patrol Agent
U.S. Customs and Border Protection
Brown Field Station
7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning all matters related to Border Patrol operations on and near the subject properties. He may also testify to any and all matters discussed during his deposition.

5. **Michael Diaz**
Patrol Agent
U.S. Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a contact with David Wick. He may also testify to any and all matters discussed at his deposition.

6. **Michael J. Fisher**
Chief Patrol Agent
San Diego Sector Office
2411 Boswell Road
Chula Vista, CA 91914
619-216-4000

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters discussed at his deposition if one is taken.

7. **Janel Frith**
Intelligence Research Specialist

U.S. Customs and Border Protection
San Diego Sector Office
2411 Boswell Road
Chula Vista, CA 91914
619-216-4000

Will testify concerning all matters related to Border Patrol operations on and near the subject property. She also has specific knowledge the statistical data of apprehensions of illegal aliens on and in the vicinity of the subject property. She may also testify to any and all matters addressed in her deposition if one is taken.

8. **Joseph A. Granata**
Facilities Management Officer
U.S. Customs and Border Protection
7684 Pogo Row
San Diego, California 92154
(619) 690-7730

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge pertaining to the construction of, and current plans to complete, the 14-Mile San Diego Border Fence a/k/a the Border Infrastructure System or "BIS." He may also testify to any and all matters addressed in his deposition.

9. **Darryl E. Griffen**, Retired
Formerly U.S. Customs and Border Protection
(Contact through counsel for Defendant)

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition.

10. **Michael D. Hance**, Rehired Annuitant
U.S. Customs and Border Protection
(Contact through counsel for Defendant)

Will testify concerning all matters related to past and present Border Patrol operations on and near the subject property. Also has specific knowledge concerning the acquisition of aerial photographs for purposes of this litigation. He may also testify to any and all matters addressed in his deposition.

11. **Andy Jones**, Retired
Formerly U.S. customs and Border Protection
(Contact through counsel for Defendant)

Will testify concerning all matters related to past Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition if one is taken.

12. **Steven P. Kean**
U.S. Customs and Border Protection
San Diego Sector Office
2411 Boswell Road
Chula Vista, California 91914-3519
(619) 216-4000

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters addressed in his deposition.

13. **Darren Kerns**
U.S. Customs and Border Protection
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a July 2006 contact with David Wick. He may also testify to any and all matters addressed in his deposition.

14. **Gilbertina Paisley**
U.S. Customs and Border Protection
Chula Vista Station
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters discussed at his deposition.

15. **Bonifacio Lara**
U.S. Customs and Border Protection
Chula Vista Station
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has specific knowledge concerning a November 2006 Training Exercise. He may also testify to any and all matters discussed at his deposition.

16. **Daniel Ochoa**
U.S. Customs and Border Protection
San Diego Sector
2411 Boswell Ave
San Diego, CA
619-216-4000

Will testify concerning matters relating to data and statistics concerning Border Patrol operations and apprehensions. He may also testify to any and all matters discussed at his deposition.

17. **Joe L. Perez**
Patrol Agent In Charge
U.S. Customs and Border Protection
Chula Vista Station
311 Athey Avenue
San Ysidro, CA 92173
619-662-7233

Will testify concerning all matters related to Border Patrol operations on and near the subject property. He may also testify to any and all matters discussed at his deposition.

18. **Stephen D. Roach, MAI**
Jones, Roach & Caringella, Inc.
4669 Murphy Canyon Road, Suite 200
San Diego, CA 92123-4333
858-565-2400

Will testify concerning all matters related to the highest and best use of the subject properties. He may also testify to any and all matters addressed in his deposition if one is taken.

19. **Susan Wynn**
U.S. Fish & Wildlife Service
6010 Hidden Valley Rd.
Carlsbad, CA 92011
760-431-9440

Will testify concerning all matters related to any and all species' concerns and restrictions with respect to the subject properties. He may also testify to any and all matters addressed in her deposition if one is taken.

20. **Curtis Weatherred III**
Border Patrol Agent

U.S. Customs and Border Protection
Brown Field Station
7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning all matters related to Border Patrol operations on and near the subject property. Also has knowledge of the seismic sensors that have been placed in the ground on some of the parcels at issue in this litigation. He may also testify to any and all matters addressed in his deposition.

21. **Otis Harper**
U.S. Customs and Border Protection
Brown Field Station
7560 Britannia Court
San Diego, California 92154
(619) 661-3141

Will testify concerning grading of the subject parcels. He may also testify to any and all matters address in his deposition (if one is taken).

22. **Kevin Barnes**
Former U.S. Customs and Border Patrol Agent
Presently employed by the Air Marshal's Service
Dallas, Texas
(Contact through counsel for Defendant)

Mr. Barnes supervised an ATV unit that worked on the Otay Mesa and he authorized agents working under his supervision to set up a tent for shelter on one of the parcels owned by the plaintiff. He is expected to testify concerning the tent, its location and purpose and when it was set up. He may also testify to any and all matters address in his deposition (if one is taken).

Defendant reserves the right to call as witnesses all persons identified by Plaintiffs as witnesses at trial in this matter. Defendant also reserves the right to call any appropriate rebuttal witnesses.

Dated: July 31, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

Environment & Natural Resources Division

*s/ Susan V. Cook, by Lary Cook Larson*
SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tele (202) 305-0470
Fax (202) 305-0506
susan.cook@usdoj.gov

Attorney for Defendant

489477.1