# In the United States Court of Federal Claims

No. 06-167L (and consolidated cases)

(Filed: August 1, 2008)

*********************************************

OTAY MESA, L.P. et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

*********************************************

## ORDER

On July 31, 2008, Defendant filed a motion to amend its witness list for the third time. Defendant has disclosed that it wants to add Mr. Kevin Barnes, a former Border Patrol agent, as a trial witness. Previously, on July 30, 2008, the Court granted Defendant's motion to add Mr. Otis Harper as a trial witness. Discovery in these cases ended on July 31, 2008, but Defendant states that it "will facilitate the depositions of Mr. Harper and Mr. Brown [sic]" after the close of discovery, if requested by Plaintiffs' counsel. Def.'s Mot. at 2.

The Court will allow Defendant to amend its witness list again, but only if Defendant pays Plaintiffs' counsel their costs and attorneys' fees incurred in taking depositions of Mr. Harper and Mr. Barnes after the close of discovery. If Defendant does not wish to pay such costs and attorneys' fees, Mr. Barnes shall not be added to Defendant's witness list. Defendant's piecemeal requests to perform pretrial requirements out of time, and its offers to "facilitate" late discovery, are disruptive to the Plaintiffs and the Court. Henceforth, as trial approaches, the Court will expect Defendant to comply with the Pretrial Order on the specified dates.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge