**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OTAY MESA PROPERTY, L.P., et al.,** | |
| **Plaintiffs,** | |
| | **No. 06-167 L** |
| **v.** | **(and consolidated cases)** |
| **UNITED STATES,** | **Hon. Thomas C. Wheeler** |
| **Defendant.** | ***(Electronically Filed August 28, 2008)*** |

**MOTION FOR LEAVE TO FILE**
**UNITED STATES' STIPULATION TO LIABILITY**
**FOR THE PLACEMENT OF SENSORS**
**AS TO PARCELS 1, 3, 4, 5 AND 10**

Defendant UNITED STATES respectfully moves this Court for leave to file the attached United States' Stipulation to Liability for the Placement of Sensors As To Parcels 1, 3, 4, 5 and 10.

This litigation involves three consolidated cases: Otay Mesa Property, L.P. v. United States , No. 06-167 (lead case), International Industrial Park, Inc. v. United States, No. 06-876, and D & D Landholdings v. United States, No. 06-877. Plaintiffs allege there has been a physical taking of their property which consists of 11 parcels of land located adjacent to, or in the vicinity of, the Mexican border near San Diego, CA, due to actions of the Border Patrol, Bureau of Customs and Border Protection (CBP), Department of Homeland Security (DHS). As specifically relevant to this stipulation, Plaintiffs contend that the placement of seismic intrusion sensors on their property without their consent constitutes a physical taking under Hendler v. United States, 952 F.2d 1364 (Fed. Cir. 1991).

Seismic intrusion sensors are located on five of the eleven parcels at issue in this litigation: parcels 1, 3, 4, 5 and 10. Parcels 1, 3, 4 and 5 are involved in the case of Otay Mesa Property, L.P. v. United States. Parcel 10 is at issue in the case of D & D Landholdings v. United States. The attached stipulation therefore affects Plaintiffs' allegations in the two specified cases that the presence of sensors constitutes a physical taking.

In an effort to narrow the issues before the Court for trial, Defendant hereby moves to file the attached Stipulation to Liability For the Placement of Sensors as to Parcels 1, 3, 4, 5 and 10.

Dated: August 28, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Senior Attorney
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: susan.cook@usdoj.gov

Attorneys for Defendant