
Kuebler's Ranch
1425 Scope Site
Windmill Canyon
Bureau of Land Management
2-1 Water Tank
1456 Scope Site
SDC Zone 18
Murphy's Bowl
11
9
8
7
ALTA
6
OTAY MESA
Old & New
Alta Grove
10
2
25 Saddle
4
SDC Zone 16
SDC Zone 17
5
644 Trap
Goldmine Draw
3
Well Draw
1
Johnny Wolf's Draw
Tin Can
3 Cross Draw
670 Hump
N
0
0.1
0.2
0.4
0.6
0.8
Miles