# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OTAY MESA PROPERTY L.P. et al.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

No. 06-167 L
(and consolidated cases)

Hon. Thomas C. Wheeler

## PLAINTIFFS' EXHIBIT LIST

In compliance with the Court's Order of May 16, 2008, as amended, Plaintiffs submit the following list of exhibits that they intend to introduce at trial.

| Exhibit # | Date of Document | Description |
|---|---|---|
| **1.** | 06/16/1983 | Articles of Incorporation of 275 Corp. |
| **2.** | 08/24/1984 | Letter from A. Eliason to County of San Diego re: views to impact in enforcement of U.S. Immigration laws |
| **3.** | 11/26/1984 | Joint Venture Agreement between Otay Racing, Inc. and San Diego Motor Racing Associates, Inc. |
| **4.** | 11/26/1984 | Ground Lease for Otay Racing, Inc. |
| **5.** | 04/18/1985 | Statement by A. Eliason, Chief Patrol Agent, before San Diego County Planning Commission |
| **6.** | 01/15/1986 | A. Eliason letter to A. Ewing re- proposed racing facility is inappropriate for Otay Mesa |
| **7.** | 03/28/1986 | Letter from A. Eliason to A. Ewing re- review of EIR |
| **8.** | 08/21/1987 | Rancho Vista Del Mar Certificate of Amendment of Articles of Incorporation |
| **9.** | 08/21/1987 | 275 Corp. Certificate of Amendment of Articles of Incorporation |
| **10.** | 12/1987 | Otay Mesa Off-Highway Vehicle Park Project Lease Agreement |
| **11.** | 02/10/1989 | American International Racing, Inc. letter re-financing racetrack |

| | | |
|---|---|---|
| **12.** | 07/25/1989 | American International Racing, Inc. letter re-solicitation of investors |
| **13.** | 08/1989 | Letter from Rappoport to R. May re- Border Patrol's concerns |
| **14.** | 08/01/1989 | American International Racing, Inc. letter re-prospectus for racetrack project |
| **15.** | 08/03/1989 | C. Hill letter to R. May re- building of the racetrack is advantageous to drug traffickers |
| **16.** | 08/10/1989 | D. Cozart letter to R. May re- Notice of intent to prepare a draft Environmental Impact Report on American International Racing |
| **17.** | 05/01/1990 | Right-of-Way Reservation by United States of America |
| **18.** | 08/23/1990 | Rancho Vista Del Mar Restated Articles of Incorporation |
| **19.** | 10/23/1990 | T. Shumate letter to R. May re- Amendment to existing Major Use Permit, San Diego International Raceway |
| **20.** | 07/15/1992 | American International Racing, Major Use Permit P85-015W |
| **21.** | 07/15/1992 | Major Use Permit – Form of Permit |
| **22.** | 09/14/1992 | Certificate of Amendment re- Rancho De La Fuente |
| **23.** | 07/1994 | East Otay Mesa Specific Plan |
| **24.** | 05/13/1996 | North Carolina Investment No. 1 LLC Articles of Organization |
| **25.** | 08/09/1996 | Hearing before the subcommittee on government management |
| **26.** | 01/1997 | Brown Field Operational Plan 1997 |
| **27.** | 05/08/1998 | E-mail from F. Shumate re- increase in portable lights in the area of Otay POE, East, to the end of the high fence |
| **28.** | 06/03/1998 | E-mail from S. Henry re- care when relocating portable lights |
| **29.** | 06/16/1998 | Summary Appraisal Report for San Diego International Raceway property |
| **30.** | 10/01/1999 | Border Patrol Academy IGB Presentation Statutory Authority Hours #1-18 and appendix |
| **31.** | 10/27/1999 | Major Use Permit |
| **32.** | 03/31/2000 | Law Refresher re- Access to Private Property Within 25 Miles of the Border |
| **33.** | 05/30/2000 | Term Sheet for Option to Enter Into Ground Lease -Rancho Vista del Mar |

| | | |
|---|---|---|
| **34.** | 06/07/2000 | Rancho Vista Del Mar option to enter into ground lease |
| **35.** | 02/02/2001 | Letter from Acting Chief of Real Estate Division to landowner re- INS installation of video surveillance |
| **36.** | 03/02/2001 | Transcript of "25 Mile Patrol Access" Legal Update |
| **37.** | 04/23/2001 | Otay Mesa Property L.P. Limited Partnership Agreement |
| **38.** | 06/2001 | Department of the Army Right-of-Entry Construction and Environmental Assessment |
| **39.** | 01/2002 | Draft Report- Environmental Impact Statement for the Completion of the 14-Mile Border Infrastructure System – Volume 1 |
| **40.** | 01/2002 | Draft Report- Environmental Impact Statement for the Completion of the 14-Mile Border Infrastructure System – Volume 2 (Appendices) |
| **41.** | 01/04/2002 | Action on Request for Clean Water Act Section 401 Water Quality Certification for Discharge of Dredged and/or Fill Materials; Border Fence Project, Drainage Structure (File 01C-037) |
| **42.** | 03/20/2002 | Minutes from Meeting on Otay Mesa/Otay Mountain Access |
| **43.** | 03/20/2002 | Letter from Gary Triphan to Greg Hill (BLM) re- Follow-up from meeting regarding easement to Truck Trail |
| **44.** | 03/22/2002 | North Carolina Investment No. 1 LLC Amendment to Articles of Organization: Changed name to Christmas Mountain LLC |
| **45.** | 04/29/2002 | Otay Mesa Property L.P. Correction Quitclaim Deed |
| **46.** | 08/07/2002 | Record of Deportable / Inadmissible Alien – Francisco Mata- Niestas |
| **47.** | 08/19/2002 | Record of Deportable / Inadmissible Alien – Christian Garcia-Perez |
| **48.** | 09/05/2002 | Record of Deportable / Inadmissible Alien – Cristobal Garibay-Aguilar |
| **49.** | 12/31/2002 | Otay Mesa Property L.P. Amendment to Limited Partnership Agreement |
| **50.** | 01/2003 | "Private Lands Within 25 Miles of the Border" |
| **51.** | 07/2003 | Final Report: EIS for the Completion of the 14 Mile Border Infrastructure System |
| **52.** | 10/30/2003 | Christmas Mountain LLC Amendment to Articles of Organization: changed name to Otay International LLC |
| **53.** | 10/30/2003 | Otay International LLC Operating Agreement |
| **54.** | 12/03/2003 | Otay International LLC Title Insurance |

| | | |
|---|---|---|
| **55.** | 01/2004 | Operational Plan: Chula Vista |
| **56.** | 04/28/2004 | Working Team Meeting Minutes, Border Infrastructure |
| **57.** | 05/26/2004 | Working Team Meeting Minutes, Border Infrastructure |
| **58.** | 06/09/2004 | Working Team Meeting Minutes, Border Infrastructure |
| **59.** | 07/14/2004 | Project Delivery Team Meeting Teleconference Minutes |
| **60.** | 09/2004 | Office of Border Patrol's National Border Patrol Strategy |
| **61.** | 04/19/2005 | Spotlight on Otay Mesa article |
| **62.** | 05/03/2005 | E-mail from Kristopher Huelsman to Peggy DeBeliso re- Buena Vista |
| **63.** | 10/07/2005 | Memo from Abel Rivera to Darryl Griffen re- Incident Report |
| **64.** | 11/2005 | East Otay Mesa Specific Plan |
| **65.** | 01/2006 | Zone Apprehension Trend Analysis by Fiscal Year FY 1999 – FY 2006 |
| **66.** | 03/28/2006 | A. Eliasion letter to A. Ewing re- review of EIR |
| **67.** | 06/2006 | Border Patrol Student Guide Lesson 9: Statutory Authority |
| **68.** | 06/2006 | Border Patrol Instructor Guide Lesson 18: Statutory Authority to Enter Private Lands |
| **69.** | 06/07/2006 | Memo to W. Tatu from G. Terrones re- Encounter Concerning the De La Fuente Land |
| **70.** | 06/13/2006 | Memo from Border Patrol summarizing a conversation with D. Wick on 06/13/06 re: erecting gates that restrict access |
| **71.** | 07/07/2006 | Memo from Darren Kerns to Joseph Perez re- Citizen Contact with David Wick |
| **72.** | 07/07/2006 | Memo from Michael Diaz to Joe Perez re- Incident with Private Citizen |
| **73.** | 07/08/2006 | Letter from Darryl Griffen to International Industrial Corporation re- Blockage of Otay Truck Trail |
| **74.** | 07/17/2006 | Memo to D. Wick on 07/17/06 re- follow-up from phone call on 06/14/06 |
| **75.** | 07/17/2006 | Letter from Asst. Chief Counsel re- conversation with D. Wick about Border Patrol |
| **76.** | 07/26/2006 | Letter from David Wick to Darryl Griffen re- Private Property at Otay Mesa |
| **77.** | 08/07/2006 | Letter from Darryl Griffen to David Wick re- reply to July 26, 2006 letter from David Wick |

| | | |
|---|---|---|
| **78.** | 08/07/2006 | Letter from Border Patrol re- authority to patrol |
| **79.** | 08/08/2006 | Letter from Border Patrol re- request for access |
| **80.** | 08/08/2006 | Letter from D. Griffen to International Industrial Corp. re-recent actions taken on Otay Mesa land to block access by the Border Patrol |
| **81.** | 08/16/2006 | Project Delivery Team Meeting Minutes, August 16, 2006 |
| **82.** | 08/21/2006 | Letter from David Wick to Darryl Griffen re- Reply to August 8th & 9th letters from Darryl Griffen |
| **83.** | 11/28/2006 | Memo from Curtis Weatherred to Michael Fisher re- East Mesa ATV Tent |
| **84.** | 12/04/2006 | Memo from. Steven Kean to Michael Fisher re- Otay Mesa Property L.P. v. United States |
| **85.** | 12/06/2006 | Memo from Steven Kean to Michael Fisher re- Otay Mesa Property L.P. v. United States |
| **86.** | 12/06/2006 | Memo from Karen Saunders to Michael Fisher re- Scope Sites on De La Fuente Property |
| **87.** | 12/14/2006 | Memo from Bonifacio Lara to Darryl Griffin re- Response to allegation of constructing a tent by station's all-terrain vehicle (ATV) Unit |
| **88.** | 12/14/2006 | Memo from L. Knowles for D. Griffen re- Chula Vista Station's training of ATV |
| **89.** | 01/08/2007 | E-mail from Steven Kean to Susan Cook re- De La Fuente contact at Keublers Ranch |
| **90.** | 01/08/2007 | E-mail from Joe Perez to Steven Kean, John Wallace, Karen Saunders, David Badger re- FWD'd E-mail from John Wallace re- De La Fuente |
| **91.** | 01/08/2007 | Memo to M. Fisher from W. Tatu re- Request for Right of Entry to Otay Truck Trail and Minnewawa Truck Trail |
| **92.** | 02/01/2007 | D. Wick letter to S. Kean re- Border Patrol Activity in Otay Mesa |
| **93.** | 02/16/2007 | Sensors on Subject Property chart compiled by Susan Cook |
| **94.** | 02/22/2007 | S. Kean letter to D. Wick re- Border Patrol |
| **95.** | 02/28/2007 | D. Wick letter to S. Kean re- Border Patrol agents driving on property |
| **96.** | 05/30/2007 | Inspection Report – Grading Permit for Rancho Vista Del Mar |
| **97.** | 07/03/2007 | E-mail to G. Bixler, J. Granata, A. Lopez, C. Anderson, A. Kundrat, and G. Hutchinson from D. Dufour re- Need to have Conference Call |
| **98.** | 07/03/2007 | E-mail to A. Lopez, J. Granata, and D. Dufour from G. Bixler re- Otay Truck Trail |
| **99.** | 07/06/2007 | Letter to J. Byergo from O. Pena re- Access to Otay Mountain |

| | | |
|---|---|---|
| **100.** | 07/06/2007 | Letter to S. Wynn from O. Pena re- Access to Otay Mountain |
| **101.** | 08/2007 | East Otay Mesa Specific Plan |
| **102.** | 12/12/2007 | December 2007 Federal Register notice |
| **103.** | 06/2008 | Biological Technical Report of the National Enterprise MUP Site, East Otay Mesa, San Diego |
| **104.** | 07/29/2008 | Sensors on Subject Parcels (Updated; Parcels 1-11) |
| **105.** | Undated | Law of Search manual |
| **106.** | Undated | Magnum Light Towers Ads/Specs |
| **107.** | Undated | Border Patrol Publication re- Sensors |
| **108.** | Undated | Recent agreement with the Border Patrol for access to the Otay truck trail |
| **109.** | Undated | California Department of Parks and Recreation, Otay Mesa OHV Park Final Environmental Impact Report Statement of Findings |
| **110.** | Undated | Otay Mesa Development Plan |
| **111.** | Undated | Explanation to D. Wick on 06/14/06 re- the Border Patrol has authority to enter private lands within 25 miles of the U.S. border |
| **112.** | Undated | 14 mile Border Fence Estimated Construction and Durations FY2006-FY2012 |

| | | |
|---|---|---|
| **113.** | Undated | **Miscellaneous Photos**<br>OM002063: Aerial Photo Indicating location of secondary fence and Border Patrol building<br>OM_002064: Aerial Photo indicating location of end of secondary fence and Otay Mesa Border crossing<br>415597: Photograph of Primary and Secondary fences<br>Photograph of Sensor Units<br>Photograph of End of Primary Fence<br>108_0874 — BetweenFences4<br>108_0875 — Border<br>108_0876 — Border Fence<br>108_0877 — Border with Man<br>108_0878 — Closed Gate on Secondary Fence - 1<br>108_0879 — Closed Gate on Secondary Fence – 2<br>108_0880 — Closed Gate on Secondary Fence – 3<br>108_0881 — CustlotPOE<br>108_0882 — Drain1<br>108_0883 — DruckersNsideEview<br>108_0884 — DruckersNsideWview<br>108_0887 — DruckersWview<br>108_0888 — Energy Center Way 1<br>108_0888 — Energy Center Way 2<br>1FenceBreak — Energy Center Way 3<br>28 4-29-2008 Pic — Energy Center Way 4<br>2FenceBreak — Energy Center Way 5<br>30 4-29-08 Pic — Fence Door - 1<br>Aerial Photo#4206 — FenceDoor<br>Aerial Shot of Otay Mesa area — Gate 1<br>Aerial Shot of Otay Mesa area 1 — Gate 2<br>Aerial Shot of Otay Mesa area 2 — Gate 3<br>Aerial Shot of Otay Mesa area 3 — Gate 4<br>Aerial Shot of Otay Mesa area 4 — Gate 5<br>Aerial Shot of Otay Mesa area 5 — Gate 6<br>Aerial Shot of Otay Mesa area 6 — Gate Gearbox<br>Aerial Shot of Power Plant — Gate Guide Rail<br>AerialViewFences1 — Gate Handle<br>AerialViewFences2 — Gate Lock<br>AerialViewFences3 — Gate Structure and Power Lines<br>AerialWestview — Gate Structure and Power Lines<br>Automatic Gate — Gate Welded Open<br>Between Fences1 — Gate Welded Open<br>BetweenFences2 — GateImage1<br>BetweenFences3 — GateImage2 |

Gatekeylock
Gates Structure and Agents
Ibwc01
Ibwc02
Ibwc03
Ibwc04
Ibwc05
IBWCAAerial3
IBWCAerial1
IBWCAerial2
IBWCEview
IBWCImage1
IBWCImage2
IBWCNView
IBWCSView
IBWCWview
IMG_4206
Landscape01
Landscape02
Landscape07
Landscape09
Landscape09
Landscape10
Landscape11
Landscape12
Landscape13
Landscape13
Landscape14
Landscape15
Landscape16
Landscape18
Landscape19
Light01
Light02
Light03
Light04
Light05
Light06
Light5
Light07
Light08
Light09
Light10
Light11
Light12
Light13
Light14
Light15
Multiple Gates and Pipes
NightPic02
NightPic03
NightPic05
NightPic07
NightPic09
NightPic11
NightPic15
NsideEview
Open Gate and Pipe
Open Gate and Pipe w/Sneakers
Open Gate Structure
Open Gate Structure
Open Gate with Pipe
Open Gates
Otay Mesa – 1
Otay Mesa – 2
Otay Mesa – 3
Otay Mesa - 4
Pipe
Pipe
Primary fence1
Primary fence2
Primary fence3
Road
Road, Lights, Gate Structure
Safety Mech
Secondary Fence
Secondary Fence and Closed Gate – 1
Secondary Fence and Closed Gate - 2
Secondary fence1
Secondary fence3
Secondary fence4
Secondary fence5
Secondary North1
Secondary North2
Secondary View and Sideview
Mirror

| | | | |
|---|---|---|---|
| | | Sony Area<br>Top of Gate Structure - 1<br>Top of Gate Structure - 2<br>Tour1<br>Two Posts | Two Posts and Truck<br>USProp Sign<br>View of Border from Otay Mesa<br>View of Fence from Otay Mesa<br>View of Gate from Otay Mesa |
| **114.** | Undated | **Miscellaneous Maps**<br><br>Fence Construction map<br>Map of Parcels 1-11, including zone designation<br>Map of Otay Mesa area showing place names<br>Aerial Photograph Map showing dates on which portions of secondary fence were completed<br>Large All-Parcels Map (SDC Zones 16-18) (Wick Ex. 4)<br>Map showing End of Secondary Fence and Start of Otay Mesa Property, L.P.'s Property<br>Otay Mesa Port of Entry, showing sensor locations (Weatherred Ex. 11)<br>East Otay Mesa Specific Plan<br>Land Use Element Map<br>Depo Exhibits Maps<br>Map showing locations of fences and shack<br>Otay Border Map.jpg<br>Parcel Map Attached to Otay Mesa JSR (9.25.07)<br>Aerial Overview of Subject Property<br>Aerial Overview of Subject Property - 2<br>IIP Parcel and Surrounding Property<br>Development Activity Map<br>Border Map<br>D&D Landholdings<br>Additional aerial photographs to be taken | |
| **115.** | Undated | Pamphlet "Line Watch Operation" | |
| **116.** | 06/30/2008 | Appraisal Report completed by Randy Tagg | |
| **117.** | Undated | Letter from T. Salt to R. De La Fuente | |

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)
Counsel for Plaintiff

Dated: August 29, 2008